# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALTO DYNAMICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VACASA LLC, and VACASA REAL ESTATE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:22-cv-01286-ADA |

## JOINT MOTION TO STAY CASE

Plaintiff ALTO DYNAMICS, LLC and Defendants VACASA LLC, and VACASA REAL ESTATE LLC (collectively, the "Parties") move to stay this case for a period of 35 days. An agreement in principle on terms that would resolve this matter in its entirety has been reached, and the Parties are requesting this stay in order to allow additional time to finalize the terms of that agreement and submit dismissal papers with this Court. The Parties therefore move to stay this case up to and including December 1, 2023, to allow the Parties the time to effectuate the agreement and file the appropriate dismissal papers. This is the Parties' first such motion.

Dated: October 27, 2023　　　　　　　　　Respectfully submitted,

By: /s/ James F. McDonough, III

Jonathan L. Hardt (TX 24039906) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (737) 295-0876
Email: hardt@rhmtrial.com

James F. McDonough, III (GA 117088) *
Jonathan R. Miller (GA507179) *
Travis E. Lynch (GA 162373) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone (404) 564-1866, -1863, -1862
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

**Attorneys for Plaintiff *ALTO DYNAMICS LLC***

　　　　　　　　　　　　　　　　　　　　　*Admitted to the Western District of Texas

Dated: October 27, 2023

Respectfully submitted,

*/s/ Cristofer I. Leffler #*

**FOLIO LAW GROUP PLLC**
Cristofer I. Leffler (WA Bar No. 35020) *
Alexandra Fellowes (NY Bar No. 5015946) *
1200 Westlake Ave. N., Suite 809
Seattle, Washington 98109
Telephone: (206) 880-1802
Email: cris.leffler@foliolaw.com
Email: alexandra.fellowes@foliolaw.com

**FOLIO LAW GROUP PLLC**
Joseph M. Abraham (TX Bar No. 24088879) *
Timothy F. Dewberry (TX Bar No. 24090074) *
13492 Research Blvd., Suite 120, No. 177
Austin, Texas 78750
Telephone: (737) 234-0201
Email: joseph.abraham@foliolaw.com
Email: timothy.dewberry@foliolaw.com

**Attorneys For Defendants VACASA LLC, and VACASA REAL ESTATE LLC**

* Admitted to Western District of Texas.
\# e-signed with express permission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 27th day of October, 2023 I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *James F. McDonough, III*
James F. McDonough, III